# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                              NO. 4:05CR00286 JLH

DEMARCUS TATUM                                                                              DEFENDANT

## AMENDED JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on September 8, 2006, is hereby amended to reflect defendant's correct USM Number as **23896-009.**

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 11th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE